CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:10-cr-00477 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | Date: May 23, 2001 |
| JHONATAN SILVA CORONA, | Time:  9:00 am |
| Defendant. | Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference is currently set in this matter for May 23, 2001 at 9:00 am.

By agreement of the parties, it is requested that the status conference be continued until June 20, 2011 at 9:00 am.

The reason for this request is that counsel for the defendant is currently in trial in Fresno County Superior Court in the case of People v. Antonio Salas in which the defendant is charged with two counts of first degree murder with special circumstances.  The trial judge has announced that the trial will not conclude until June 15, 2001.  It is therefore respectfully requested that this matter be continued June 20, 2001 at 9:00 am for an anticipated change of plea.

It is further stipulated that the time between May 23, and June 20, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the defendant's and the public's interest in a speedy trial is outweighed by allowing continuity of counsel in that defense counsel is currently engaged in trial in another matter.

Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  May 19, 2011                    Respectfully submitted,


/s/  Carl M. Faller
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney


By    /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference and motions hearing currently set for May 23, 2011 at 9:00 am, be continued to June 20, 2011 at 9:00 am.

It is further ORDERED that the time between May 23, 2011 and June 20, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the defendant's and the

///

///

public's interest in a speedy trial are outweighed by allowing for continuity of counsel in that defense counsel is currently engaged in trial in another matter.

IT IS SO ORDERED.

Dated:   May 20, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE