CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JHONATAN SILVA CORONA,<br><br>        Defendant. | Case No.: 1:10-cr-00477 AWI<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER<br><br>Date:  October 11, 2011<br>Time:  9:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference is currently set in this matter for October 11, 20111 at 9:00 am.

By agreement of the parties, it is requested that the status conference be continued until October 24, 2011 at 9:00 am, for entry of guilty plea.  A written plea agreement has been signed and filed in the case, but counsel for the defendant will be out of the county of the current date and the new date is the first available date when both counsel will be available.

It is further stipulated that the time between October 11, 2011, and October 24, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the defendant's and the public's interest in a speedy trial is outweighed by allowing continuity of counsel in that defense counsel must be in another county on the date currently set.

Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  October 6, 2011                                                                 Respectfully submitted,


                                                  /s/  Carl M. Faller_____
                                                  CARL M. FALLER
                                                  Attorney for Defendant

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney


                                     By     /s/ Yasin Mohammad__
                                                  YASIN MOHAMMAD
                                                  Assistant U.S. Attorney
                                                  Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference and motions hearing currently set for October 11, 2011 at 9:00 am, be continued to June 20, 2011 at 9:00 am.

It is further ORDERED that the time between May 23, 2011 and June 20, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the defendant's and the public's interest in a speedy trial are outweighed by allowing  for continuity of counsel in that defense counsel must be out of county on the date currently set.

IT IS SO ORDERED.

Dated:   October 6, 2011                           _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE