CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JHONATAN SILVA CORONA,<br><br>　　　　　Defendant. | Case No.: 1:10-cr-00477 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER<br><br>Date:  January 9, 2012<br>Time:  9:00 am<br>Honorable Anthony W. Ishii |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　A sentencing hearing is currently set for January 9, 2012 at 9:00 am.

　　　　By agreement of the parties, it is requested that the sentencing hearing be continued until January 30, 2012 at 9:00 am.

　　　　The reason for this request is that due to the schedules of counsel and the probation officer, there has been a delay in having the defendant interviewed.  The additional time is necessary to allow the presentence report to be prepared and considered by the parties.

　　　　It is therefore respectfully requested that the sentencing hearing be continued until January 30, 2012 at 9:00 am.

///

///

1  Dated:  December 20, 2011                                    Respectfully submitted,

2

3                                                                     /s/  Carl M. Faller_____
                                                                      CARL M. FALLER
4                                                                     Attorney for Defendant

5
                                                                      BENJAMIN B. WAGNER
6                                                                     United States Attorney

7

8                                                         By     /s/ Yasin Mohammad__
                                                                      YASIN MOHAMMAD
                                                                      Assistant U.S. Attorney
9                                                                     Attorney for the United States

10
                                                    ORDER:
11

12       Based upon the stipulation of the parties and good cause appearing, it is hereby

13  ORDERED that the sentencing hearing currently set for January 9, 2012 at

14   9:00 am, be continued to January 30, 2012 at 9:00 am.

15

16

17  IT IS SO ORDERED.

18  Dated:   December 21, 2011         _____
19                                                             CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28