CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:10-cr-00477 AWI |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING HEARING; ORDER |
| | ) |
| JHONATAN SILVA CORONA, | ) Date: January 30, 2012 |
| | ) Time: 9:00 am |
| | ) Honorable Anthony W. Ishii |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A sentencing hearing is currently set for January 30, 2012 at 9:00 am.

By agreement of the parties, it is requested that the sentencing hearing be continued until February 13, 2012 at 10:00 am.

The reason for this request is to allow time for the defendant to be debriefed pursuant to the "safety valve" provision of the Sentencing guidelines.

Dated:  January 24, 2012                                      Respectfully submitted,


                                                              /s/  Carl M. Faller_____
                                                              CARL M. FALLER
                                                              Attorney for Defendant

                                                BENJAMIN B. WAGNER  
                                                United States Attorney

                                By    /s/ Yasin Mohammad  
                                                YASIN MOHAMMAD  
                                                Assistant U.S. Attorney  
                                                Attorney for the United States

ORDER:

     Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for January 30, 2012 at

9:00 am, be continued to February 13, 2012 at 10:00 am.


IT IS SO ORDERED.

Dated:   January 24, 2012          _____  
                                      CHIEF UNITED STATES DISTRICT JUDGE