CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>JHONATAN SILVA CORONA,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.:  1:10-cr-00477 AWI

STIPULATION TO CONTINUE
SENTENCING HEARING; ORDER

Date:  February 13, 2012
Time:  10:00 am
Honorable Anthony W. Ishii

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A sentencing hearing is currently set for February 13, 2012 at 9:00 am.

By agreement of the parties, it is requested that the sentencing hearing be continued until March 26, 2012 at 10:00 am.

The reason for this request is to accommodate the trial schedules of the prosecutor and defense counsel, as well as the agents involved, in conducting a debriefing of the defendant pursuant to the "safety valve" provisions of the Sentencing Guidelines.

Dated:  February 8, 2012                              Respectfully submitted,


                                                             /s/  Carl M. Faller_____
                                                             CARL M. FALLER
                                                             Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Yasin Mohammad__
YASIN MOHAMMAD
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for February 13, 2012 at

10:00 am, be continued to March 26, 2012 at 10:00 am.

IT IS SO ORDERED.

Dated:  _February 8, 2012___        _____
CHIEF UNITED STATES DISTRICT JUDGE