HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE LUIS SILVA-ZANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE LUIS SILVA-ZANSON,<br><br>　　　　　　Defendant. | No. Cr. F 10-477 AWI<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

　　　　Defendant, JOSE LUIS SILVA-ZANSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On April 2, 2012, this Court sentenced Mr. Silva-Zanson to a term of 70 months imprisonment;

　　　　3.　　His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Silva-Zanson was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Silva-Zanson's total offense level has been reduced from 27 to 26, and his amended guideline range is 63 to 78 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Silva-Zanson's term of imprisonment to a total term of 63 months.

Respectfully submitted,

Dated:  December 4, 2014                    Dated:  December 4, 2014
BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Kathleen A. Servatius*                 /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    JOSE LUIS SILVA-ZANSON

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Silva-Zanson is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 26, resulting in an amended guideline range of 63 to 78 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2012 is reduced to a term of 63 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and the effective date of the amended judgment as November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Silva-Zanson shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   December 12, 2014                                    _____
                                                              SENIOR   DISTRICT   JUDGE